■ COLUMBUS CIRCLE APARTMENTS, INC., Respondent, v. WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously modified on the facts, with $20 costs and disbursements to the appellants, so as to fix the values for the property designated as 910–924 Ninth Avenue, 332–354 West 59th Street, 341–363 West 58th Street, 1–17 Columbus Avenue, part of 22 and 24 West 60th Street, 333–359 West 59th Street, Manhattan, as follows:

| Tax Year | Block | Lot | Land | Building | Total |
|---|---|---|---|---|---|
| 1954/55 | 1049 | 1 | $675,000 | ...... | $675,000 |
| | 1112 | 1 | 675,000 | ...... | 675,000 |
| 1955/56 | 1049 | 1 | 675,000 | ...... | 675,000 |
| | 1049 | 75 | 675,000 | ...... | 675,000 |
| 1956/57 | 1049 | 1 | 675,000 | ...... | 675,000 |
| | 1049 | 75 | 675,000 | ...... | 675,000 |

As so modified, the order is affirmed. The values fixed by Special Term on this record are not justified. Settle order on notice. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Construction of the Will of LEE SHUBERT, Deceased. MILTON SHUBERT et al., as Executors of LEE SHUBERT, Deceased, et al., Appellants; WILLIAM KLEIN et al., as Executors of LEE SHUBERT, Deceased, et al., Respondents.— Decree unanimously modified on the law, by deleting the words "prior to the payment of estate taxes" from the fourth decretal paragraph thereof, and, as so modified, in all other respects, affirmed, with costs payable out of the estate to all parties filing briefs. (See Matter of Pepper, 307 N. Y. 242; Matter of Paine, 3 A D 2d 736, affd. 3 N Y 2d 741; Matter of Mattes, 205 Misc. 1098, affd. 285 App. Div. 867, affd. 309 N. Y. 942.) Settle order on notice. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.